UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Violet R. Jones | : | Case No.: 15-15848(ELF) |
| | : | |
|    Debtor | : | Chapter 13 |

## ORDER

AND NOW, this __4th__ day of __June__ 2020, upon consideration of the Motion to Reconsider the April 14, 2020 Order Granting Relief from the Automatic Stay (Doc. # 47), and there being no opposition thereto, it is hereby;

**ORDERED** that the Motion is *GRANTED*, the Order dated April 14, 20202 is **VACATED** and the automatic stay stay is **REINSTATED** as to the Respondent.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**