Certificate Number: 03088-PAE-DE-034833282

Bankruptcy Case Number: 15-15848



03088-PAE-DE-034833282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2020</u>, at <u>7:50</u> o'clock <u>PM CDT</u>, <u>Violet R Jones</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 31, 2020</u>          By:  <u>/s/Maria Arreguin</u>

                                   Name:  <u>Maria Arreguin</u>

                                   Title:  <u>Counselor</u>