**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   ROBERT JOSEPH KROBOTH and | ) | CHAPTER 12 |
| MELANIA ANN KROBOTH, | ) | |
| | ) | |
| Debtors | ) | No. 16-13342 |

**PRAECIPE FOR ENTRY OF APPEARANCE**

Kindly enter my appearance as Co-Counsel for the Debtors, Robert Joseph Kroboth and Melania Ann Kroboth, in the above-captioned matter.

JOHN R. K. SOLT, P.C.

By: /s/ John R. K. Solt
JOHN R. K. SOLT, ESQUIRE
I.D. No. 24686
2045 Westgate Drive, Suite 404B
Bethlehem, PA 18017
Phone: (610) 865-2465
Facsimile: (610) 691-2018
Email:  jsolt.soltlaw@rcn.com
Co-Counsel for Debtors